IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Unitship, LLC | ) | |
|       Plaintiff, | ) | 7:23-cv-03736-HMH |
| | ) | |
| vs. | ) | |
| | ) | **OPINION & ORDER** |
| Latin Investments, LLC, | ) | |
| | ) | |
|       Defendant. | ) | |

      This matter comes before the Court upon Plaintiff's motion and amended motion for default judgment against Defendant pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. (Mot. Default J., ECF No. 14; Am. Mot. Default J. ECF No. 15.) Plaintiff commenced this breach of contract action on August 1, 2023, and Defendant was served August 3, 2023. (Compl., generally, ECF No. 1.; Request Entry Default Ex. 1 (Aff. Default), ECF No. 6.) Plaintiff requested that the Clerk of Court enter default on August 29, 2023. (Request Entry Default, ECF No. 6.) The Clerk of Court entered a default on August 30, 2023. (Entry of Default, ECF No. 7.) Defendant has failed to plead or otherwise appear in this action. Liability has been established by the default, and Plaintiff moves the court for an award of damages, attorneys' fees, and costs.

      After a thorough review of the complaint and record in this case, the court awards Plaintiff contract damages in amount of $72,904.00. Further, pursuant to the contract, Plaintiff is awarded $16,382.00 in reasonable attorneys' fees and $495.56 in costs.

      It is therefore

1

**ORDERED** that the motion and amended motion for default judgment, docket numbers 14 and 15, are granted as set out in favor of Plaintiff and against Defendant, for damages in the amount of $72,904.00, and $16,382.00 in reasonable attorneys' fees and $495.56 in costs, for a total of $90,231.56, plus interest as provided by law.   Finding no just reason for delay, the Clerk is hereby instructed to enter default judgment.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.<br>
Senior United States District Judge

Greenville, South Carolina
January 29, 2024